1  ENVIRONMENTAL ADVOCATES
   CHRISTOPHER A. SPROUL #126398
2  csproul@enviroadvocates.com
   JODENE ISAACS #226895
3  jisaacs@enviroadvocates.com
   5135 Anza Street
4  San Francisco, CA 94121
   Telephone: (415) 533-3376, (510) 847-3467
5  Facsimile: (415) 358-5694

6  LAWYERS FOR CLEAN WATER, INC.
   DREVET HUNT #240487
7  drev@lawyersforcleanwater.com
   1004 O'Reilly Avenue, Suite A
8  San Francisco, CA 94129
9  Telephone: (415) 440-6520

10 Attorneys for Plaintiffs OUR CHILDREN'S EARTH
   FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION
11

   PILLSBURY WINTHROP SHAW PITTMAN LLP
12 SARAH G. FLANAGAN #70845
   sarah.flanagan@pillsburylaw.com
13 Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111
14 Telephone: (415) 983-1000

15 DIANNE L. SWEENEY #187198
   dianne@pillsburylaw.com
16 2550 Hanover Street
   Palo Alto, CA 94304-1115
17 Telephone: (650) 233-4500

18 Attorneys for Defendant THE BOARD OF TRUSTEES
   OF THE LELAND STANFORD JUNIOR UNIVERSITY
19

20                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY<br><br>Defendant. | Civil Case No.: CV 14-1201-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF THE STAY OF THE LITIGATION**<br><br>DENIED BY COURT |

Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation (collectively, "Plaintiffs") and Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford") (Plaintiffs and Stanford are referred to collectively as the "Parties" or individually as the "Party"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Magistrate Judge Laporte, who is presiding over a separate Endangered Species Act lawsuit involving the same Parties (Civil Case No.: CV 13-0402-EDL), directed the Parties to participate in a Settlement Conference with Magistrate Judge Ryu and that Settlement Conference took place on January 7, 2016;

WHEREAS, with the assistance of Magistrate Judge Ryu, the Parties achieved a resolution of the lawsuit before Magistrate Judge Laporte and this lawsuit, involving a continuation of the stay in this case while Stanford completes the process underway to secure the required regulatory authorizations for modification of the Jasper Ridge Road Crossing and removal of the Lagunita Diversion Dam, at which time Plaintiffs will dismiss the case with prejudice;

WHEREAS, the parties now submit this stipulation and proposed order in furtherance of their settlement agreement, setting forth a summary of the terms that support continuation of the stay of the litigation until issuance of the required regulatory authorizations for modification of the Jasper Ridge Road Crossing and removal of the Lagunita Diversion Dam; and

WHEREAS, by entering into this Stipulation, the Parties specifically acknowledge that this Stipulation does not constitute any concessions as to the strength or weakness of any Party's claims or defenses or the sufficiency or necessity of the proposed modification of the Jasper Ridge Road Crossing or removal of the Lagunita Diversion Dam.

NOW THEREFORE, the Parties stipulate as follows:

1. Stanford submitted the applications for the required regulatory authorizations for the planned modifications to the Jasper Ridge Low Flow Crossing on December 18, 2015,

1  and shall submit the applications for the required regulatory authorizations for the planned

2  removal of the Lagunita Diversion Dam before September 2016.

3        2.    During the permitting process, Stanford shall provide Plaintiffs with copies of

4  the applications referenced in Paragraph 1 and copies of the regulatory agency responses to

5  such submittals.

6        3.    In light of the foregoing and with the Court's approval, the Parties request that

7  this lawsuit should be stayed until the regulatory authorizations referred to in Paragraph 1

8  above are secured by Stanford ("Stay").

9        4.    Once every four months during the Stay, on or before the 15th day of the fourth

10  month, the Parties shall provide a joint progress report to the Court that summarizes material

11  developments with respect to the proposed modification of the Jasper Ridge Road Crossing

12  and the planned removal of the Lagunita Diversion Dam.

13        5.    The Stay shall remain in effect until the regulatory authorizations for the

14  proposed modification of the Jasper Ridge Road Crossing and the planned removal of the

15  Lagunita Diversion Dam are secured by Stanford, at which time Plaintiffs shall dismiss this

16  lawsuit with prejudice.

17  Dated: January 27, 2016                    /s/ Christopher Sproul
                                                Christopher Sproul
18                                              Attorney for Plaintiffs Our Children's Earth
                                                Foundation and Ecological Rights
19                                              Foundation

20                                              /s/ Sarah G. Flanagan
21                                              Sarah G. Flanagan
                                                Attorneys for Defendant The Board of
22                                              Trustees of the Leland Stanford Junior
                                                University
23

24

25

26

27

28
                                              - 3 -

**[Proposed] Order**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  This lawsuit is hereby stayed until the regulatory authorizations referred to in Paragraph 1 above are secured by Stanford.  IT IS FURTHER ORDERED that the Parties shall file their first joint progress report on or before May 16, 2016.

Date: January 28, 2016

_____

United ~~States District Judge~~

**DENIED**

Judge Vince Chhabria

The parties are required to appear for the scheduled further case management conference on February 9, 2016 at 1:30 p.m.