1  ENVIRONMENTAL ADVOCATES
   CHRISTOPHER A. SPROUL #126398
2  csproul@enviroadvocates.com
   JODENE ISAACS #226895
3  jisaacs@enviroadvocates.com
   5135 Anza Street
4  San Francisco, CA 94121
   Telephone: (415) 533-3376, (510) 847-3467
5  Facsimile: (415) 358-5694

6  LAWYERS FOR CLEAN WATER, INC.
   DREVET HUNT #240487
7  drev@lawyersforcleanwater.com
   1004 O'Reilly Avenue, Suite A
8  San Francisco, CA 94129
9  Telephone: (415) 440-6520

10 Attorneys for Plaintiffs OUR CHILDREN'S EARTH
   FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION
11
   PILLSBURY WINTHROP SHAW PITTMAN LLP
12 SARAH G. FLANAGAN #70845
   sarah.flanagan@pillsburylaw.com
13 Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111
14 Telephone: (415) 983-1000

15 DIANNE L. SWEENEY #187198
   dianne@pillsburylaw.com
16 2550 Hanover Street
   Palo Alto, CA 94304-1115
17 Telephone: (650) 233-4500

18 Attorneys for Defendant THE BOARD OF TRUSTEES
   OF THE LELAND STANFORD JUNIOR UNIVERSITY
19

20                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
21

| 22 | OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No.: CV 14-1201-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF THE STAY OF THE LITIGATION** |
|---|---|---|

1    Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation
2    (collectively, "Plaintiffs") and Defendant The Board of Trustees of the Leland Stanford Junior
3    University ("Stanford") (Plaintiffs and Stanford are referred to collectively as the "Parties" or
4    individually as the "Party"), by and through their counsel of record, hereby stipulate as
5    follows:
6    WHEREAS, Magistrate Judge Laporte, who is presiding over a separate Endangered
7    Species Act lawsuit involving the same Parties (Civil Case No.: CV 13-0402-EDL), directed
8    the Parties to participate in a Settlement Conference with Magistrate Judge Ryu and that
9    Settlement Conference took place on January 7, 2016;
10   WHEREAS, with the assistance of Magistrate Judge Ryu, the Parties achieved a
11   resolution of the lawsuit before Magistrate Judge Laporte and this lawsuit, involving a
12   continuation of the stay in this case while Stanford completes the process underway to secure
13   the required regulatory authorizations for modification of the Jasper Ridge Road Crossing and
14   removal of the Lagunita Diversion Dam, at which time Plaintiffs will dismiss the case with
15   prejudice;
16   WHEREAS, the parties now submit this stipulation and proposed order in furtherance
17   of their settlement agreement, setting forth a summary of the terms that support continuation of
18   the stay of the litigation until issuance of the required regulatory authorizations for
19   modification of the Jasper Ridge Road Crossing and removal of the Lagunita Diversion Dam;
20   and
21   WHEREAS, by entering into this Stipulation, the Parties specifically acknowledge that
22   this Stipulation does not constitute any concessions as to the strength or weakness of any
23   Party's claims or defenses or the sufficiency or necessity of the proposed modification of the
24   Jasper Ridge Road Crossing or removal of the Lagunita Diversion Dam.
25   NOW THEREFORE, the Parties stipulate as follows:
26   1.   Stanford submitted the applications for the required regulatory authorizations
27   for the planned modifications to the Jasper Ridge Low Flow Crossing on December 18, 2015,
28
- 2 -
STIPULATION AND [PROPOSED] ORDER FOR A STAY OF THE LITIGATION

4817-8480-0044.v1

1 and shall submit the applications for the required regulatory authorizations for the planned
2 removal of the Lagunita Diversion Dam before September 2016.

3  2. During the permitting process, Stanford shall provide Plaintiffs with copies of
4 the applications referenced in Paragraph 1 and copies of the regulatory agency responses to
5 such submittals.

6  3. In light of the foregoing and with the Court's approval, the Parties request that
7 this lawsuit should be stayed until the regulatory authorizations referred to in Paragraph 1
8 above are secured by Stanford ("Stay").

9  4. Once every four months during the Stay, on or before the 15th day of the fourth
10 month, the Parties shall provide a joint progress report to the Court that summarizes material
11 developments with respect to the proposed modification of the Jasper Ridge Road Crossing
12 and the planned removal of the Lagunita Diversion Dam.

13  5. The Stay shall remain in effect until the regulatory authorizations for the
14 proposed modification of the Jasper Ridge Road Crossing and the planned removal of the
15 Lagunita Diversion Dam are secured by Stanford, at which time Plaintiffs shall dismiss this
16 lawsuit with prejudice.

17 Dated: January 27, 2016

/s/ Christopher Sproul
Christopher Sproul
Attorney for Plaintiffs Our Children's Earth
Foundation and Ecological Rights
Foundation

/s/ Sarah G. Flanagan
Sarah G. Flanagan
Attorneys for Defendant The Board of
Trustees of the Leland Stanford Junior
University

1      [Proposed] Order

2      PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO
3  ORDERED. This lawsuit is hereby stayed until the regulatory authorizations referred to in
4  Paragraph 1 above are secured by Stanford. IT IS FURTHER ORDERED that the Parties
5  shall file their first joint progress report on or before May 16, 2016.

6  Date: 2/9/16

                                                            Hon. Vince Chhabria
                                                            United States District Judge